# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **TOWN OF SMYRNA, TENNESSEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:06-cv-0675** |
| | ) | **Judge Trauger** |
| **UNITED STATES ARMY CORPS** | ) | |
| **OF ENGINEERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss (Docket No. 32) filed by the defendant, United States Army Corps of Engineers, is **DENIED.** The Motion for Partial Summary Judgment (Docket No. 52) filed by the plaintiff, Town of Smyrna, Tennessee, is **GRANTED**, and the Motion to Exclude Evidence (Docket No. 65) filed by the plaintiff is **DENIED** as moot.

It is further **ORDERED** that a case management conference is scheduled for October 19, 2007 at 1:15 p.m.

It is so Ordered.

Entered this 26th day of September 2007.

_____
ALETA A. TRAUGER
United States District Judge